UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TYLER DARBY,

    Plaintiff,

v.                                  Case No. 8:08-cv-45-T-24 MAP

FLIGHT OPTIONS LLC and
RAYTHEON COMPANY,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Defendant Raytheon's Motion to Set Aside Entry of Default. (Doc. No. 25). Plaintiff opposes the motion. (Doc. No. 27).

Pursuant to Federal Rule of Civil Procedure 55(c), this Court may set aside the entry of default for good cause. "Good cause" does not have a precise definition, as explained by the Eleventh Circuit:

> "Good cause" is a mutable standard, varying from situation to situation. It is also a liberal one-but not so elastic as to be devoid of substance. We recognize that "good cause" is not susceptible to a precise formula, but some general guidelines are commonly applied. Courts have considered whether the default was culpable or willful, whether setting it aside would prejudice the adversary, and whether the defaulting party presents a meritorious defense. . . . Whatever factors are employed, the imperative is that they be regarded simply as a means of identifying circumstances which warrant the finding of "good cause" to set aside a default. However, if a party willfully defaults by displaying either an intentional or reckless disregard for the judicial proceedings, the court need make no other findings in denying relief.

Compania Interamericana Export-Import, S.A. v. Compania Dominicana de Aviacion, 88 F.3d 948, 951-52 (11th Cir. 1996)(internal citations and quotation marks omitted). Upon review of the record, the Court finds that Raytheon has shown good cause for its failure to respond to the

complaint. Furthermore, the Court prefers to reach the merits of the case as opposed to decide it on a technicality.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Raytheon's Motion to Set Aside Entry of Default (Doc. No. 25) is **GRANTED**, and the Clerk is directed to **VACATE** (Doc. No. 12) the entry of default judgment.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record